AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America v. | ) |
| Jared Paul Cantrell  DOB: XXXXXX | ) Case: 1:22-mj-00051 |
| Quentin G. Cantrell  DOB: XXXXXX | ) Assigned To : Faruqui, Zia M. |
| Eric Andrew Cantrell  DOB: XXXXXX | ) Assign. Date : 3/7/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted  Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Gary A. Warfield, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____03/08/2022____

_____
*Judge's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*