## STATEMENT OF FACTS

Your affiant, Gary A. Warfield, is a Task Force Officer with the Federal Bureau of Investigation.  Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of violations of Federal criminal laws.

### *Background– the U.S. Capitol on January 6, 2021*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification and Conduct of Jared Paul Cantrell, Quentin G. Cantrell and Eric Andrew Cantrell

According to multiple independent tipsters, on or around January 6, 2021, Jared Paul Cantrell posted multiple images and/or comments to his personal Instagram and Facebook social media accounts from Washington, DC, near the Washington Monument and outside and inside the U.S. Capitol. Additionally, a witness (Witness 1) who is personally familiar with Jared Paul Cantrell, Quentin G. Cantrell and Eric Andrew Cantrell was told by Jared Paul Cantrell that he was in Washington, D.C., on January 6, 2021 and that he traveled there with his two cousins Quentin G. Cantrell and Eric Andrew Cantrell (collectively, the "Cantrell Cousins").

### Jared Paul Cantrell's Social Media

After being provided Jared Paul Cantrell's Instagram user and/or display names by multiple independent tipsters, the FBI used publicly available, open-source Instagram information to locate Jared Paul Cantrell's personal Instagram and Facebook accounts. Jared Paul Cantrell's Instagram account was identified by username: @moisesdelmar and display name: Moises. His Facebook account was identified by username jaredpaulcantrell. Both accounts were subscribed in the name Jared Moises Cantrell with a verified phone number of xxx-xxx-3935 (x3935)[1] identified as belonging to Cantrell, as explained below, and both accounts were linked to the same email address: jaredpaulcantrell@gmail.com. Witness 1 also identified the Instagram account bearing username @moisesdelmar as belonging to Jared Paul Cantrell.

One of the Instagram posted images is of Jared Paul Cantrell, with his face clearly visible and wearing a dark colored coat, furry hat, backpack and a hydration system tube over his right shoulder with the Washington Monument in the background. *See* Exhibit 1. One anonymous tipster and another tipster who knows Jared Paul Cantrell personally identified him in the photo in Exhibit 1. Additionally, Witness 1 identified Jared Paul Cantrell in the photo in Exhibit 1 and was personally familiar with Jared Paul Cantrell's furry hat and the GORUCK brand hydration system tube over his right shoulder, and identified these items as belonging to Jared Paul Cantrell. I also compared the photo with Jared Paul Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles, and I believe they are the same individual.

---

[1] The full phone number is known to the affiant, but omitted here due to the public nature of this filing.

**Exhibit 1**



        A second image posted to Instagram on Jared Paul Cantrell's personal Instagram account is of two people with the U.S. Capitol in the background.  *See* Exhibit 2.  The person on the right is dressed in a dark-colored coat of the same type and color that Jared Paul Cantrell is wearing in Exhibit 1. This person is also wearing what appears to be the same backpack and GORUCK hydration system tube over his right shoulder that Jared Paul Cantrell is wearing in Exhibit 1.  In Exhibit 2, the person is also wearing sunglasses and a mask.  Witness 1 was shown this image and positively identified the person on the right as Jared Paul Cantrell based on his clothing and accessories and his overall appearance.  Witness 1 again provided detailed descriptions of the items worn by Jared Paul Cantrell in this image to include knowledge that the coat is Carhart brand, the backpack is GORUCK brand, the mask is Carhart brand and the hoodie is American Giant brand. Witness 1 positively identified the person on the left as Quentin G. Cantrell.  I recognize the person on left as Quentin G. Cantrell because I met Quentin G. Cantrell during the course of this investigation.  I also compared the photo with Quentin G. Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles, and I believe they are the same individual.

**Exhibit 2**



Two more images posted to Instagram by the user of Jared Paul Cantrell's Instagram account appear to have been taken inside the Rotunda of the U.S. Capitol. *See* Exhibit 3. They show what I believe to be the same masked person from Exhibit 2, believed to be Jared Paul Cantrell, with the same dark colored Carhart coat, GORUCK backpack, GORUCK hydration system tube over his right shoulder, the same sunglasses, and Carhart mask. I believe that the masked individual in Exhibit 3 is Jared Paul Cantrell because he is similarly dressed to the mask-less image posted of near the Washington Monument. *See* Exhibit 1. Witness 1 was shown the two images in Exhibit 3 and positively identified the person in both images as Jared Paul Cantrell based on his clothing and accessories and his overall appearance.

**Exhibit 3**



A search warrant to Facebook for the content of Jared Paul Cantrell's account revealed the following posts made by the user of the account:

- January 6, 2021: "I was one of the first 50 in."

- January 6, 2021: "Forceful entrance."

- January 7, 2021: "I do not think I broke any laws.  I have not been to the capitol before and was a big reason I went in the first place.  I didn't go over any barricades or push through any police.  They were letting folks in and at no point was there any verbal Indication from any authority to not go in.  The door was

open and I peeked in.  I assume that if you took something, broker something, or went further into the building where you may have had to breach some barrier, that would be prosecuted.  If it was illegal, it didn't seem like it."

- January 7, 2021: ". . . They had entire lines of police officers in riot gear off to the side not doing anything.  I thought they were purposefully letting people in easily so that they could trap them inside, but they only went after ones who touched something or went into offices of other parts of building.  The rotunda was wide open though."

- January 7, 2021: "I was there as an observer."

- January 7, 2021: "it seemed more civil than portrayed.  Not saying it was civil, but reading all the articles on the way back definitely shined a very different light on the situation.  It felt odd and scripted at the capitol with the police. People scaling the capitol building was quite a sight to behold though."

- January 8, 2021: "I know that from my perspective not one barrier was beached [sic] and not a single cop was pushed past.  I told myself I wanted to see and would walk as close as I could until there was resistance.  I never had any resistance going in.  I condemn any violence, looting, or racism.  It was weird, on my side, the doors were open and people simply walked in, definitely not how it was portrayed on TV.  I think the FBI is interested in violent offenders, or those destroying property."

- January 8, 2021: ". . . Luckily I didn't remain.  Was in for a total of 4 minutes."

- January 11, 2021: ". . . I can say this, my only goal was to get as close as I could to the action without breaking a barrier.  I be [sic] never even overstepped a curb let along pushed past a police officer."

- January 11, 2021: "I just updated my profile pic to be of one inside the cap building by the way."

In addition to the above posts, on or about January 7, 2021, the user of the account posted the following two pictures believed to be taken in the Rotunda of the U.S. Capitol and on the Capitol grounds, respectively.  *See* Exhibit 4.

**Exhibit 4**



*The Cantrell Cousins Seen Together at and around the Capitol*

The Cantrell Cousins were identified in other videos at and around the U.S. Capitol on January 6. For instance, the FBI obtained a video from an individual who was present inside and outside the U.S. Capitol on January 6, 2021. An image captured from the video shows three maskless individuals. *See* Exhibit 5. I believe the person highlighted in the blue circle is Jared Paul Cantrell based on a comparison to the individual in Exhibit 1 as well as Jared Paul Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles. Jared Paul Cantrell is wearing the same dark colored Carhart coat, GORUCK backpack, and GORUCK hydration system tube over his right shoulder as previously noted. I believe the person highlighted in the yellow oval is Quentin G. Cantrell. I recognize the aforementioned individual as Quentin G. Cantrell because I met Quentin G. Cantrell during the course of this investigation. I also compared the photo with

Quentin G. Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles, and I believe they are the same individual.  I believe the person highlighted in the red rectangle is Eric Andrew Cantrell.  I compared this image with Eric Andrew Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles, and I believe they are the same individual.  Witness 1 also identified the individuals in Exhibit 5 as Jared Paul Cantrell, Quentin G. Cantrell, and Eric Andrew Cantrell.

**Exhibit 5**



I also identified individuals believed to be the Cantrell Cousins in open source video footage from January 6, 2021 capturing individuals walking from the Stop the Steal Rally to the U.S. Capitol.  *See* Exhibit 6.

**Exhibit 6**[2]



  In another open source video, individuals believed to be Quentin G. Cantrell and Eric Andrew Cantrell are seen on the West Terrace of the U.S. Capitol. *See* Exhibit 7. Quentin G. Cantrell appears to attempt to climb down the wall as Eric Andrew Cantrell reaches down to help him.

---

[2] Available at https://youtu.be/DpqrQ1b_Fm8?t=973 at approximately timestamp 16:13.

**Exhibit 7³**



    In another open source video, an individual believed to be Eric Andrew Cantrell is seen apparently leaving the Capitol area.  *See* Exhibit 8.⁴  He is wearing a plaid jacket, backpack, Carhart hat and gray hoodie.  I believe the person highlighted in the red rectangle is Eric Andrew Cantrell because I compared this image with Eric Andrew Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles.  Witness 1 also identified the individual in Exhibit 8 as Eric Andrew Cantrell.

---

³ Available at https://archive.org/details/Tp62HK3pCfrGYdD2F at multiple time stamps.

⁴ Available at https://www.youtube.com/watch?v=PiVreIaXexM&t=4027s at timestamp 1:07:23.

**Exhibit 8**



*The Cantrell Cousins Seen on CCTV Inside the U.S. Capitol*

Closed circuit television (CCTV) from inside the U.S. Capitol Building on January 6, 2021 captured individuals believed to be Jared Paul Cantrell, Quentin G. Cantrell and Eric Andrew Cantrell entering the U.S. Capitol building in close proximity to one another. *See* Exhibits 9A-E. Exhibit 9A captures individuals believed to be Jared Paul Cantrell highlighted in the blue circle and Quentin G. Cantrell highlighted in the yellow circle entering the U.S. Capitol through the Upper West Terrace Door entrance at approximately 2:37 P.M. (19:37:44 UTC). It should be noted that the GORUCK hydration system tube over Jared Paul Cantrell's right shoulder as previously noted is visible in the CCTV footage that the screenshot in Exhibit 9A was taken from.

**Exhibit 9A**



Exhibit 9B captures Quentin G. Cantrell, again highlighted in the yellow circle, approximately three seconds after the image in Exhibit 9A.  Witness 1 was shown the images in Exhibits 9A and 9B and positively identified the highlighted individuals as Jared Paul Cantrell and Quentin G. Cantrell.

**Exhibit 9B**



Exhibit 9C captures an individual believed to be Eric Andrew Cantrell highlighted in the red rectangle entering the U.S. Capitol through the Upper West Terrace Door entrance approximately 11 seconds after the image in Exhibit 9B. The individual appears to be wearing the same plaid jacket, backpack, Carhart hat and gray hoodie as the individual identified as Eric Cantrell in Exhibit 8, above. Witness 1 was shown this image and positively identified the highlighted individual as Eric Andrew Cantrell.

**Exhibit 9C**



Exhibit 9D captures Eric Andrew Cantrell highlighted in the red rectangle and Quentin G. Cantrell highlighted in the yellow circle exiting the U.S. Capitol through the Upper West Terrace Door entrance area about two minutes after they entered, at approximately 2:39 P.M. (19:39:26 UTC).  Witness 1 was shown this image and positively identified the highlighted individuals as Eric Andrew Cantrell and Quentin G. Cantrell.  I also compared this image with Eric Andrew Cantrell's photograph on record with the Indiana Bureau of Motor Vehicles, and I believe they are the same individual. Exhibit 9E is an enlargement of the highlighted area in Exhibit 9D.

**Exhibit 9D**



**Exhibit 9E**



      Additional CCTV from inside the U.S. Capitol Building on January 6, 2021 captured an individual believed to be Jared Paul Cantrell walking in other locations throughout the building. For instance, Exhibits 10A-C capture an individual believed to be Jared Paul Cantrell walking toward the exit of the building at approximately 2:45 P.M. (19:45:41-44 UTC).  In Exhibit 10A, Jared Paul Cantrell is seen wearing the same dark colored Carhart coat, hoodie, mask, sunglasses and GORUCK hydration system tube over his right shoulder as previously mentioned.  Exhibit 10B pictures Jared Paul Cantrell approximately three seconds later with his sunglasses removed. Exhibit 10C is an enlargement of the red square in Exhibit 10B.  Witness 1 identified the highlighted individual in Exhibits 10B and 10C as Jared Paul Cantrell based on his facial features and recognized clothing and accessories.  According to CCTV, Jared Paul Cantrell exited the U.S. Capitol Building at approximately 2:47 (19:47:34 UTC).

**Exhibit 10A**



**Exhibit 10B**



**Exhibit 10C**



*Geolocation Data Connected to the Cantrell Cousins*

According to records obtained through a search warrant served on AT&T, on January 6, 2021, in and around the time of the Capitol Siege, the cellular telephone believed to be used by Jared Paul Cantrell (x3935) was identified as having used a cell site consistent with providing service to a geographic area that included the grounds and the interior of the United States Capitol building.  The cellular telephone is believed to be used by Jared Paul Cantrell because, among other reasons, AT&T records state that the account is subscribed in the name of Jared Paul Cantrell at his prior known address.

According to cell site records, on January 6, 2021, at least at 2:39:06 p.m., an Apple iPhone 6s associated with phone number xxx-xxx-1427[5], subscribed to by Quentin G. Cantrell, was identified as having used a cell site consistent with providing service to a georgraphic area that includes the interior of the United States Capitol building.

According to cell site records, on January 6, 2021, at least at 2:37:28 p.m., an Apple iPhone XR associated with phone number xxx-xxx-8475[6], for which Verizon records list Eric Cantrell as

---

[5] The full phone number is known to the affiant, but omitted here due to the public nature of this filing.

[6] The full phone number is known to the affiant, but omitted here due to the public nature of this filing.

the assigned user, was identified as having used a cell site consistent with providing service to a geographic area that includes the interior of the United States Capitol building.

### *Criminal Charges*

Based on the foregoing, your affiant submits that there is probable cause to believe that Jared Paul Cantrell, Quentin G. Cantrell and Eric Andrew Cantrell violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Jared Paul Cantrell, Quentin G. Cantrell and Eric Andrew Cantrell violated 40 U.S.C. § 5104(e)(2)(D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Gary A. Warfield, Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th  day of March, 2022.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE